Canonsburg Borough School District, Appellant,
*v.* North Strabane Township School District.

Argued November 14, 1962. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and KEIM, JJ.

*Samuel L. Rodgers,* for appellant.

*Michael E. Kusturiss,* with him *Edward L. Springer, Louis M. Tarasi, Jr.,* and *Burgwin, Ruffin, Perry & Pohl,* for appellees.

OPINION PER CURIAM, January 8, 1963:

Decree affirmed at appellant's costs on authority of *Neizer v. Schuylkill Township School District,* 384 Pa. 323, 121 A. 2d 93 (1956).

Mr. Justice MUSMANNO dissents.